UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

IN RE: FOUR WINDS MARINA, INC.
As the owner of the 2013 20' Hurricane
Boat, in a cause of action for exoneration          Case No. 2:14-cv-534-SPC-CM
from, or limitation of liability.

_____/

## ORDER[1]

     This matter comes before the Court on the Plaintiff, Four Winds Marina's Motion

for Entry of Orders for Notice to Claimants and Restraining Prosecution of Claims (Doc.

#4) filed on September 16, 2014.  The Plaintiff moves the Court to issue a notice and

order restraining any prosecutions of claims regarding this matter pursuant to Rule F(3)

and (4) of the Supplemental Rules for Certain Admiralty and Maritime Claims.   On

September 17, 2014, the Court entered an Order (Doc. #5) granting the Plaintiff's Motion

for Ad Interim Stipulation of Value.  In that Order, the Court states:

> The further prosecution of any and all actions, suits and
> proceedings already commenced and the commencement or
> prosecution thereafter of any and all suits, actions, or
> proceedings, of any nature and description whatsoever in any
> jurisdiction, and the taking of any steps and the making of any
> motion in such actions, suits, or proceedings against Four
> Winds Marina, as aforesaid, or against the 2013 20' Hurricane
> Boat, or against any property of Four Winds Marina except in
> this action, to recover damages for or in respect of any

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

damages or injuries caused by or resulting from the accident of the aforesaid Vessel as alleged in the Complaint, should hereby be restrained, stayed, and enjoined until the hearing and determination of this action.

(Doc. #5, p. 5, ¶ 7).  Since the Court has presently restrained and stayed any other prosecution pending the outcome of the instant case, the Motion is moot.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Four Winds Marina's Motion for Entry of Orders for Notice to Claimants and Restraining Prosecution of Claims (Doc. #4) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of September, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record